IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JESSE M. GARCIA, Individually and as Natural Parent and Legal Guardian of D.G. and J.G., minors, et al.

CASE NO. 3:23-CV-00497-JJH

JUDGE JEFFREY HELMICK

    Plaintiffs,

STIPULATED DISMISSAL ENTRY

    vs.

GELCO FLEET TRUST, et al.

    Defendants.

---

Upon being duly advised by counsel for the respective parties that the above-entitled case has been settled, the Court finds that the Complaint of the Plaintiffs should be dismissed with prejudice, each party to bear their own costs and attorney fees.

The Court retains jurisdiction to interpret and/or enforce the settlement agreement reached between the parties.


_____/s/ *Charles E. Boyk* (per consent)_
Charles E. Boyk (0000494)
**Attorney for Plaintiffs**


_____/s/ Michael E. Lyford_____
Michael E. Lyford (0079235)
**Attorney for Defendant**


So Ordered.

s/ Jeffrey J. Helmick
United States District Judge